Minute Order Form (rev. 12/90)

01 GJ 460

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | JUDGE LINDBERG |
|---|---|---|---|
| Case Number | 01 CR 207 | Date | JUNE 6, 2001 |
| Case Title | US V. ANTHONY OUSLEY, aka William Howard and PETR PAVELEK aka Ilia | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING
### AND REQUEST TO SEAL

FILED
6-6-01
JUN - 6 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKET ENTRY:

The Grand Jury for the ___SPECIAL MARCH 2001___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Arlander Keys_

NO BOND SET; DETAINED BY MAGISTRATE AS TO ANTHONY OUSLEY. TO ISSUE BENCH WARRANT AND THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO PETR PAVELEK. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL DECEMBER 6, 2001 OR UNTIL FURTHER ORDER OF THE COURT.

SPECIAL MARCH 2001

Grand Jury for the _____ Session,

:man.

SIGNATURE OF CHIEF JUDGE OR MAGISTRATE JUDGE _Arlander Keys_ (ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | number of notices |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | | date docketed |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | docketing dpty. initials |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate Judge. | | | date mailed notice |
| | courtroom deputy's Initials | Date/time received in central Clerk's Office | | mailing dpty. initials |

Document #