UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.   01 CR 0207 |
| v.  ) | |
| Anthony Ousley  ) | Judge George W. Lindberg |
| ) | |

## MOTION TO UNSEAL

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal. Defendant Anthony Ousley has been convicted, served his sentence and is currently on Supervised Release. Nevertheless, this case has inadvertently remained sealed. Therefore, it is requested that information pertinent to defendant Anthony Ousley be unsealed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Margaret Hickey*
Margaret Hickey
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7633