FILED

MAR 06 2008

Judge George W. Lindberg
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.   01 CR 0207 |
| v. | ) | |
| Anthony Ousley | ) | Judge George W. Lindberg |
| | ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that former Assistant United States Attorney John Scully is no longer

assigned to this case and the undersigned Assistant United States Attorney is substituted in place of

that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Margaret Hickey*
Margaret Hickey
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7633