## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 207 | **DATE** | 3/6/2008 |
| **CASE TITLE** | United States of America vs. Anthony Ousley | | |

**DOCKET ENTRY TEXT**

Government's motion to unseal case is granted. Leave of court is given to John Scully to withdraw his appearance on behalf of the government. Leave of court is given to Margaret Hickey to file her appearance on behalf of the government.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|