# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 207 - 1 | **DATE** | 3/21/2008 |
| **CASE TITLE** | United States of America vs. Anthony Ousley | | |

**DOCKET ENTRY TEXT**

At the request of the government, this case is hereby ordered unsealed as to all defendants. It is further ordered that the plea agreement shall remain under seal until further order of court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|